THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BRUNO POLEWICZ and ALEXANDER KASPRZCAK, Appellants.

(Argued January 23, 1933; decided February 28, 1933.)

*George W. Riley* and *Peter A. Schultz* for Bruno Polewicz, appellant.

*Burt A. Duquette* for Alexander Kasprzcak, appellant.

*Raymond A. Knowles, District Attorney* (*Harry L. Gilrie* and *Clarence W. Greenwald* of counsel), for respondent.

Judgment of conviction as to each defendant affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ. Not sitting: CROUCH, J.